# COMPLAINT FORM
(for filers who are prisoners without lawyers)
(revised 4/19/2022)

IN THE UNITED STATES DISTRICT COURT
FOR THE Southern DISTRICT OF Evansville Division

(Full name of plaintiff(s))

Arthur Lee Jones IV

FILED
NOV 28 2023
U.S. DISTRICT COURT
EVANSVILLE, INDIANA

v.

Case Number:
3:23-cv-211-RLY-CSW

(to be supplied by clerk of court)

(Full name of defendant(s))

L. Slown - individual - capacity under color of State law and official capacity

A. PARTIES

1. Plaintiff is a citizen of Indiana (State), and is located at

3500 N Harlan Evansville, IN 47714 Vanderburgh County Confinement Center
(Address of prison or jail)

(If more than one plaintiff is filing, use another piece of paper).

2. Defendant L. Slown Confinement Officer (Name)

is (if a person or private corporation) a citizen of ___Indiana___
(State, if known)

and (if a person) resides at ___3500 N. Harlan Evansville IN___
(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for ___Vanderburgh County Jail Confinement Center 3500 N Harlan, Evansville, In___
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B.  STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

[1] On the date of 11-22-23 I Pretrial Detaine Arthur Lee Jones IU was part of a deprivation of my Fourteenth Amendment right Due Process Clause by Confinement Officer L. Slown for events that occured in B-1 and roughly around 430 Am thru 6:00 am [2] After a Assault Committed by L. Slown and Confinement Officer. I induro harmful treatment to punish me for the Assault he committed and for the Case ___ ___ I was detaine for 82-D03-2112-MR-006827 [3] Officer L. Slown False Accuse me of a Battery on Public Safety Officer to Conflict more

Complaint - 2

Punishment and to Cover up his assault on me earlyer that morning [4] Abuseing his power as a officer under color of state law he made the decean too punish me for his personal oppioin on my case declaring me guity As a Pretrial Detaine im Innocent till Proven Guilty Confinement Officer L. Slown wants to make sure i had another case to defend just in case i won. So he false Acused me violating my 14th amendment right, Pretrial Punishment. [5] Following the appeal process i ask for video footage of the incident in B-1 dayroom around 4:30 Am thru 6:00 am to prove my innocents Jail Commander said i have to be Pro'Se litgant to see the video. In order to find me guilty of a Assault of any Person u must watch the video and choose to be bios towards me or do his legitimate Duties. The jail Commander took measures in his own hands and found me guilty even tho the video shows a Pretrial Detaine hand Cuff face down on the floor non threat [6] Arthur Lee Jones IV was issued 30 days in seg.

Continue from Complaint Form                                                                Pg 4

# Complaint

for false charges and Falsely accused charges just to back up Officer L. Slown. As a Pretrial Detaine i have equal rights the Fourteenth Amendment Due Process Clause protects im not guilty im innocent till proven guilty awaiting trial [7] I beleve L. Slown feels i will win trial so he assaulted me then press charges that where falsly so i will have to be on bond or continue to be detain. [8] This is Unconstitutional Pretrial Detaine Punishment. Under U.S. Constitutional a person accused of a crime is presumed innocent until proven guilty Pretrial Detaine Detention is only suppose to be used to make sure that you will not flee before trial or pose danger to other people. [9] Its not use to punish inmates off opinion or judgment of ur case bege because Its High Profile Double Homicide Case. A Pretrial Detaine in cuffs face down on the ground is no threat thers nothing to justified a assault then to falsly Accuse him of a Battery on Public Safety officer to cover up wrong doins. These actions are not Government Goals they are punishment while awaiting trial. [10] Later that morning i was summon to court Judge kiely read me my rights after he got done i ask for a fast and speedy Article sec 12 of Indiana Constitutional right Judge kiely respond wit theris a court order between me a L. Slown a protective order L slown has violated it multiple times kiosk grevions will back my allegations, and court minutes and court dates of the alleged case. [11] After that Judge kiely told me i was not formal charge yet the next court date i was appointed the

Complaint Form

the same lawyers i have on the Double Homicide charge in the same Judge as the Homicide Case Judge Shivley and i was told they could not adopt my fast and speedy violating my Sixth Amendment right[2] Never went back to court. For months i'vo receive harsh Punishment from Confinement officer which i explain on the kiosk way before this situation occured and a change of venue i came to the ones detaine me about the cruel Punishment they did nothing Camra footage of 11/22/23 B-1 day room will back my allegations, court transcripts, court dates least Grevience there's a lack of Probable cause and malcious Proscution of a falsly charge. 11/13/23 B was suppose to be a bond hearing i was never summone i believe i never had a case it was all made to scare me from persueing excessive force case on L Slown and other confinement officer.

C.     JURISDICTION

[✓] I am suing for a violation of federal law under 28 U.S.C. § 1331.

            OR

[ ] I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $_____.

D.     RELIEF WANTED

Describe what you want the court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or stop doing something.

1,000,000 Punitive Damages

Mental Augish, Pain and Suffering

E.  **JURY DEMAND**

☑ Jury Demand – I want a jury to hear my case

OR

☐ Court Trial – I want a judge to hear my case

Dated this __11__ day of __21__ 20__23__.

Respectfully Submitted,

_arthur for_
Signature of Plaintiff

_132702  188872_
Plaintiff's Prisoner ID Number

_3500 N. Harlan Evansville, IN 47714 Vanderburgh County_

_Confinement Center_
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper).

F.  **OPTIONAL CERTIFICATION**

Under penalty of perjury, I declare that the facts alleged in this complaint are true and correct to the best of my knowledge and belief.

_arthur jewel II_
Signature of Plaintiff

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE**

## FILING FEE

[✓] I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a request to proceed in the district court without prepaying the fee and attached it to the complaint.

[ ] I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.