UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| ARTHUR LEE JONES, IV, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 3:23-cv-00211-RLY-CSW |
| L. SLOWN individual capacity under color of state law and official capacity, | ) ) ) ) |
| Defendant. | ) |

**FINAL JUDGMENT**

For the reasons detailed in the accompanying Order, the Court now enters FINAL JUDGMENT. This case is **dismissed without prejudice**.

Date: 10/07/2024

Kristine L. Seufert, Clerk

BY: _____
Deputy Clerk, U.S. District Court

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email

ARTHUR LEE JONES, IV
226206
WABASH VALLEY - CF
Wabash Valley Correctional Facility
Electronic Service Participant – Court Only